25000.   ENGLISH et al. v. ENGLISH.

ALMAND, Presiding Justice.   This appeal is from a summary judgment in damages which was granted in favor of the plaintiff and against the defendant.   A judgment over in damages was also granted in favor of the defendant and third-party plaintiff against the third-party defendants.   No equity issues have been raised or decided in this case.   The Court of Appeals and not this court has jurisdiction of this appeal.

*Transferred to the Court of Appeals.   All the Justices concur.*

SUBMITTED JANUARY 13, 1969—DECIDED JANUARY 23, 1969.

*Kimzey & Kimzey, Herbert B. Kimzey, Oliver & Oliver, Robert F. Oliver,* for appellants.

*Linton K. Crawford, McClure, Ramsay & Struble, Robert B. Struble,* for appellee.